CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 24 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MCAIRLAIDS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 7:15-cv-6-MFU |
| ) | |
| MEDLINE INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| MCAIRLAID'S VLIESSTOFFE, GmbH, and ) | |
| MCAIRLAIDS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 7:15-cv-208-MFU |
| ) | |
| MEDLINE INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL ORDER

Plaintiffs McAirlaids, Inc. and McAirlaid's Vliesstoffe, GmbH (together, "McAirlaids") and Defendant and Counterclaimant Medline Industries, Inc. ("Medline"), (collectively, the "Parties"), by counsel, have advised the Court that the matters remaining in dispute in these actions have been resolved, and accordingly request this Court enter a Final Order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure dismissing these actions with prejudice.

It appearing proper to do so, it is therefore ORDERED as follows:

1. Based on the representation of the Parties that they have entered into a Confidential Settlement Agreement and Release resolving the dispute that is described in the pleadings in these actions, these actions are dismissed from the docket with prejudice, including all claims and counterclaims asserted therein.

-1-

2. At the request of the Parties, the Court retains jurisdiction for the purpose of enforcing the terms of the Confidential Settlement Agreement and Release, if such action should prove necessary.

3. The Preliminary Injunction Order entered on July 13, 2015 in Civil Case No. 7:15-cv-00208 (Docket No. 44) is hereby dissolved.

4. The injunction bond posted by McAirlaids in support of the Preliminary Injunction Order is no longer necessary, and the Clerk is directed to release and repay the injunction bond to McAirlaids or its counsel.

5. Each party shall bear its own costs and attorneys' fees.

The Clerk is further directed to send a certified copy of this Order to all counsel of record in this action.

ENTER this Order this 24th day of October, 2016

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge